Katherine A. Roberts (SBN 259486)
kate.roberts@sidley.com
SIDLEY AUSTIN LLP
Galit A. Knotz (SBN 252962)
gknotz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6621
Facsimile: +1 213 896 6600

Attorneys for Defendant
JESCO ENVIRONMENTAL AND
GEOTECHNICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| LAGARION BROWN, ROY JACKSON, YAPHETT SAUNDERS, ISAAC SAUNDERS, HAKEEM ALLAMBIE, and NICHLON GARRETT, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC.; JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC., and DOES 1-20,<br><br>Defendants. | Case No. 2:20-CV-01133-JAM-DMC<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING**<br><br>Assigned to: Judge John A. Mendez<br><br>Complaint Filed: June 3, 2020<br><br>First Amended Complaint Filed: July 23, 2020 |

## **ORDER**

The Court, having read and considered the parties' Joint Stipulation to Extend Defendants' Time to File a Responsive Pleading, and finding good cause,

HEREBY ORDERS that Defendants' time to file a responsive pleading is extended to October 26, 2020.

DATED: October 5, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE