STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LEANNA MARIE SAC (Bar No. 327353)
  LMSac@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs and a class of similarly situated employees.

[Defendants' Counsel Listed on Second Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| LAGARION BROWN, ROY JACKSON, YAPHETT SAUNDERS, ISAAC SAUNDERS, HAKEEM ALLAMBIE, and NICHLON GARRETT, individually and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TETRA TECH, INC., JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC., and DOES 1-20, <br><br> Defendants. | Case No.  2:20-CV-01133-JAM-DMC <br><br> **JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** <br><br> Assigned to: Judge John A. Mendez <br><br> Complaint Filed: June 3, 2020 <br><br> First Amended Complaint Filed: July 23, 2020 |

JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT
55138477;1

Katherine A. Roberts (SBN 259486)
kate.roberts@sidley.com
Galit A. Knotz (SBN 252962)
gknotz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorneys for Defendant
JESCO ENVIRONMENTAL AND
GEOTECHNICAL SERVICES, INC.

**AKERMAN LLP**
DAMIEN P. DELANEY (SBN 246476)
damien.delaney@akerman.com
BRIAN M. NOH (SB N 293564)
brian.noh@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
TETRA TECH, INC.

JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT
55138477;1

Defendants Tetra Tech, Inc. ("Tetra Tech") and Jesco Environmental and Geotechnical Services, Inc. ("Jesco") (collectively, "Defendants"), and Plaintiffs Lagarion Brown, Roy Jackson, Yaphett Saunders, Isaac Saunders, Hakeem Allambie, and Nichlon Garrett (collectively, "Plaintiffs"), file this Joint Stipulation to Allow Plaintiffs to File Second Amended Complaint as follows:

WHEREAS, Plaintiffs filed their Complaint on June 3, 2020 and a First Amended Complaint on July 23, 2020;

WHEREAS, Plaintiffs served Defendants with Waiver of Service of Summons on July 28, 2020;

WHEREAS, pursuant to Federal Rule of Civil Procedure ("Rule") 4, Defendants' responsive pleadings would have been due on September 28, 2020;

WHEREAS, on October 5, 2020, the Court ordered that Defendants' time to file a responsive pleading be extended to October 26, 2020, per the Parties' Joint Stipulation requesting the same due to Plaintiffs' intent to file a Second Amended Complaint;

WHEREAS, the Parties have been meeting and conferring about Defendants' intended motion to dismiss, and Plaintiffs, per their evaluation of Defendants' position, made some changes to the First Amended Complaint in the form of the proposed Second Amended Complaint, attached hereto as Exhibit A;

WHEREAS, Defendants do not object to Plaintiffs' seeking leave to file the Second Amended Complaint, attached hereto as Exhibit A, but reserve their right to respond to the Second Amended Complaint through a Rule 12 motion;

WHEREAS, pursuant to Rule 15, Defendants' responsive pleadings are due 14 days after service of the Second Amended Complaint.

NOW THEREFORE, the Parties hereby respectfully request that the Court enter an Order accepting Plaintiffs' Second Amended Complaint and affirming that Defendants' responsive pleadings are due in 14 days.

Date:  October 23, 2020

By:   /s/Leanna Marie Sac
    Leanna M. Sac, SBN 327353
    Stan Mallison, SBN 184191
    Hector Martinez, SBN 206336
    Attorneys for Plaintiffs

By:  /s/ *Galit A. Knotz*
    Katherine A. Roberts, SBN 259486
    Galit A. Knotz, SBN 252962
    Attorneys for Defendant JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC.

By:  /s/ *Damien P. Delaney*
    Damien P. Delaney, SBN 246476
    Brian M. Noh, SBN 293564
    Attorneys for Defendant
    TETRA TECH, INC.

## **ORDER**

For good cause set forth above, the Court hereby orders the following:

1. Plaintiff is granted leave to file a Second Amended Complaint, attached to the Joint Stipulation as Exhibit A;

2. The Second Amended Complaint shall be deemed entered and served on October 23, 2020;

3. Defendants' responsive pleadings shall be filed no later than November 6, 2020.

**IT IS SO ORDERED**

DATED: October 26, 2020      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE