UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAGARION BROWN, ROY JACKSON, YAPHETT SAUNDERS, ISAAC SAUNDERS, HAKEEM ALLAMBIE, and NICHLON GARRETT, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC., JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC., and DOES 1-20,<br><br>Defendants. | Case No. 2:20-CV-01133-DJC-DMC<br><br>**ORDER REGARDING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS SETTLEMENT**<br><br>Hon. Daniel J. Calabretta<br><br>Date: March 28, 2024<br>Time: 1:30 p.m.<br>Room: 10, 13th Floor |

1

ORDER REGARDING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS SETTLEMENT
Case No. 2:20-CV-01133-DJC-DMC

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

Plaintiffs' Motion for Preliminary Approval of Amended Class Settlement shall be heard on April 11, 2024 at 1:30 p.m. in the above-referenced court.

**IT IS SO ORDERED.**

Dated:  February 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE