STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
DAN KELLER (Bar No. 332576)
  DKeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LAGARION BROWN, ROY JACKSON, YAPHETT SAUNDERS, ISAAC SAUNDERS, HAKEEM ALLAMBIE, and NICHLON GARRETT, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TETRA TECH, INC., JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC., and DOES 1-20,<br><br>Defendants. | Case No.: 2:20-CV-01133-DJC-DMC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: February 20, 2025<br>Time: 1:30 PM<br>Judge: Hon. Daniel J. Calabretta<br>Room: 10, 13th Floor<br><br>Complaint Filed: June 3, 2020 |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on February 20, 2025 at 1:30 PM, before the Honorable Daniel J. Calabretta of the United States District Court, Eastern District of California, in courtroom 10, 13th floor, at 501 I Street, Sacramento, CA 95814, Plaintiffs Lagarion Brown, Roy Jackson, Yaphett Saunders, Isaac Saunders, Hakeem Allambie, and Nichlon Garrett ("Plaintiffs") will, and

hereby do, move for an Order: (1) granting final approval of the class and collective action settlement; (2) granting final certification of the settlement class; (3) awarding Class Representative Enhancement Awards; (4) awarding attorneys' fees; (5) awarding reimbursement of litigation costs; (6) approving payment of settlement administration expenses; (7) approving LWDA payment; and (8) approving Plaintiffs' proposed *cy pres* recipient, Legal Aid at Work.

Plaintiffs bring this Motion on the grounds that, after arms-length negotiations, the parties have reached a fair, reasonable, and adequate settlement that is within the range of final approval. Moreover, after dissemination of notice to the class, there have been no objections, and only one request for exclusion. Thus, the settlement should be granted final approval. This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Stan Mallison, including attached exhibits, the record on file herein, and any other evidence and oral argument that may be presented at the hearing on this Motion.

Dated: January 16, 2025        **MALLISON & MARTINEZ**

By: Stan Mallison
Hector R. Martinez
Dan Keller
Attorneys for Plaintiffs